**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-7369**

MICHAEL DUCHELLE GREEN,

Plaintiff - Appellant,

v.

DOCTOR  LUE, Doctor at Blue Ridge Regional Jail Auth.; NURSE JONES,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Michael F. Urbanski, Chief District Judge.  (7:21-cv-00334-MFU-JCH)

Submitted:  December 21, 2021                    Decided:  December 27, 2021

Before KING and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael Duchelle Green, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Duchelle Green appeals the district court's order dismissing his 42 U.S.C. § 1983 action without prejudice for failing to comply with a court order. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Green's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment and deny Green's pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*